No. 5,427.—VALERIE POITRAS, Respondent, v. CITY OF BUTTE, Appellant.

*Appeal from District Court, Silver Bow County.*

Decided December 8, 1923.

PER CURIAM.—The motion of respondent to dismiss the appeal in the above-entitled cause on the ground of defendant's laches is granted and the appeal is ordered dismissed.

*Mr. N. A. Rotering,* for Respondent.

---

No. 5,438.—SECURITY STATE BANK OF HAVRE, Respondent, v. LAURA McINTYRE et al., Appellants.

*Appeal from District Court, Hill County.*

Decided January 10, 1924.

PER CURIAM.—Respondent's motion to dismiss the appeal herein on the ground of laches is sustained and the appeal dismissed.

*Messrs. Norris Hurd, Rhoades & Hauge,* for Respondent.